UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE GREGORIO GUTIERREZ CABELLO, <br><br> Petitioner, <br><br> v. <br><br> ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Acting Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; and KRISTI NOEM, U.S. Secretary of Homeland Security, <br><br> Respondents. | Civil Action No. 1:25-cv-13213-IT |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 17] granting Petitioner Jose Gregorio Gutierrez Cabello's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering Petitioner's release before 4:00 p.m. on December 1, 2025, and Respondents' Status Report [Doc. No. 18] indicating Petitioner was released from custody on November 26, 2025, this action is CLOSED.

IT IS SO ORDERED.

December 4, 2025                                                                      /s/ Indira Talwani
                                                                                              United States District Judge